O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE LAMAR THOMPSON,<br><br>   Petitioner,<br><br> vs.<br><br>DARRYL G. ADAMS, Warden,<br><br>   Respondent. | Case No. CV 09-00818-GHK (DTB)<br><br>**J U D G M E N T** |

 Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  10/8/10

_/s/ George H. King_
GEORGE H. KING
UNITED STATES DISTRICT JUDGE